In the Matter of the Claim of KENNETH ALFORD. FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant; ALUMINUM COOKING UTENSIL COMPANY, Respondent.

Argued June 5, 1941; decided July 29, 1941.

*John J. Bennett, Jr., Attorney-General (W. Gerard Ryan, Henry Epstein* and *Francis R. Curran* of counsel), for appellant.

*Casper V. Baltensperger* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.